STATE v. LOCKLEAR

No. 422P90

Case below: 99 N.C.App. 585

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 November 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

STATE v. McKIVER

No. 481P90

Case below: 100 N.C.App. 330

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

STATE v. MORENO

No. 308P90

Case below: 98 N.C.App. 642

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

STATE v. ODOM

No. 377P90

Case below: 99 N.C.App. 265

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

STATE v. POWELL

No. 451P90

Case below: 99 N.C.App. 775

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 November 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.